506 A.2d 895

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**George BRITTON, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1985.

Decided March 31, 1986.

John W. Packel, Chief/Appeals Div., Asst. Public Defender, Jules Epstein, Philadelphia, for appellant.

Robert B. Lawler, Chief/Appeals Div., Eric B. Henson, Jane Cutler Greenspan, Asst. Dist. Attys., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., files a dissenting statement.

ZAPPALA, Justice, dissenting.

Not only would I reach the merits of this appeal, but I would reverse the Appellant's conviction and grant him a new trial. It is clear from the record that the trial judge exceeded his proper duty by his extensive interrogation of the Appellant. *Commonwealth v. Myma,* 278 Pa. 505, 123 A. 486 (1924). *See Commonwealth v. Britton,* 334 Pa.Super. 203, 222, 482 A.2d 1294, 1304 (1984) (dissenting opinion of Spaeth, P.J.).